1  VINCENT J. BELUSKO (CA SBN 100282)
   VBelusko@mofo.com
2  SCOTT C. MOORE (CA SBN 203181)
   SMoore@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street
4  Los Angeles, California  90013-1024
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  Attorneys for Plaintiffs
   WARNER BROS. HOME ENTERTAINMENT INC.
7  and WARNER BROS. ENTERTAINMENT INC.

8  MARY L. GRIECO (SBN 133428)
   MGrieco@olshanlaw.com
9  OLSHAN GRUNDMAN FROME ROSENZWIEG &
   WOLOSKY LLP
10 65 East 55th Street
   New York, NY 10022
11 Telephone:  212.451.2300
   Facsimile:  212.451.2222
12
   Attorneys for Defendant
13 DIGIVIEW PRODUCTIONS L.L.C.

E-FILED 01-23-09

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. HOME ENTERTAINMENT INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation;<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DIGIVIEW PRODUCTIONS L.L.C., a New Jersey limited liability company,<br><br>　　　　　　Defendant. | Case No. CV08-6477 GHK (PJWx)<br><br>**[PROPOSED] STIPULATED CONSENT JUDGMENT, PERMANENT INJUNCTION AND DISMISSAL** |

NOTE: CHANGES MADE BY THE COURT

{00410064.DOC;}

la-1002441

1   WHEREAS Plaintiffs Warner Bros. Home Entertainment Inc. ("WBHEI")
2   and Warner Bros. Entertainment Inc. ("WBEI") (collectively, "Plaintiffs"), and
3   Defendant Digiview Productions L.L.C. ("Defendant"), have entered into a separate
4   Settlement Agreement for settlement of this case, and

5   WHEREAS, pursuant to their Settlement Agreement, Plaintiffs and
6   Defendant hereby stipulate, by and through their counsel, to the entry of this
7   Stipulated Consent Judgment, Permanent Injunction and Dismissal (hereinafter,
8   "Consent Judgment");

9   IT IS HEREBY ORDERED, ADJUDGED AND DECREED as between
10  these parties only as follows:

11   1.   Plaintiff Warner Bros. Home Entertainment Inc. ("WBHEI") is a
12  Delaware corporation, with a principal place of business in Burbank, California.
13  WBHEI was formerly known as Warner Home Video Inc.

14   2.   Plaintiff Warner Bros. Entertainment Inc. ("WBEI") is a Delaware
15  corporation, with a principal place of business in Burbank, California. Defendant is
16  a limited liability company formed under the laws of the state of New Jersey, with
17  principal offices located at 100 South Washington Avenue, Dunellen, New Jersey
18  08812.  Defendant maintains an established place of business in Carson, California.

19   3.   This Court has jurisdiction over the subject matter or this lawsuit and
20  the parties to this Consent Judgment, and venue is proper in this District.

21   4.   During the relevant time period, Plaintiffs have held all right, title and
22  interest in and to U.S. Patent No. 6,526,221 entitled "Data structure representing
23  both program and command data" (the "'221 Patent"), and U.S. Patent No.
24  6,148,139 entitled "Software carrier with operating commands embedded in data
25  blocks" (the "'139 Patent").

26   5.   Defendant has infringed claims 1, 2, 6 and 7 of the '221 Patent, and
27  claims 1 and 2 of the '139 Patent, by making, offering for sale, selling, using and
28  importing discs that contain audio and/or video content, and that are playable on

DVD players, without license or permission from Plaintiffs. Defendant's past infringement is non-willful.

6. The '221 and '139 Patents are valid and enforceable in all respects.

7. In view of the above, Defendant and its officers, directors, employees, agents, servants, attorneys, affiliates, successors and assigns, and any and all persons in active concert or participation with any of them, are hereby restrained and enjoined from engaging in the following activities without the express, written, prior permission of WBHEI:

 a. directly or indirectly making, using, offering for sale or selling in the United States any disc that is playable on a DVD player;
 b. importing into the United States any disc that is playable on a DVD player;
 c. directly infringing any claim of the '221 or '139 Patents in any other manner; and
 d. inducing or contributing to infringement of any claim of the '221 and '139 patents.

The provisions of this paragraph <u>shall not</u> apply to any discs that are replicated by a replicator that is authorized by the DVD-6C Licensing Agency to replicate discs covered by the '221 and '139 patents, provided that the then-applicable DVD-6C Licensing Agency per-disc royalty is actually paid to the authorized replicator at the time the discs are replicated. The provisions of this paragraph <u>shall not</u> apply to any discs made, used, offered for sale, sold or imported by Digiview pursuant to an express, written license from WBHEI covering the '221 and '139 patents, provided that any royalties required by such license are actually paid, in a timely manner, in accordance with that license. The terms "making, using, offering for sale or selling," as used herein, shall include without limitation the authoring, manufacture, replication, production, reproduction, advertising, promotion, display or distribution of any disc that is playable on a DVD player.

1    8.   Plaintiffs' claims of infringement of the '221 and '139 Patents are
2 dismissed with prejudice.
3    9.   This Court shall retain jurisdiction over the parties hereto for the
4 purposes of any proceeding to enforce this Consent Judgment (including the
5 injunction contained herein) or the Settlement Agreement.
6    10.   Each party shall bear its own costs.
7    11.   This Consent Judgment is hereby made final.

SO STIPULATED.

Dated:   January 16, 2009    VINCENT J. BELUSKO
                             SCOTT C. MOORE
                             MORRISON & FOERSTER LLP

                             By:  /s/
                                  _____
                                  Vincent J. Belusko

                             Attorneys for Plaintiffs
                             WARNER BROS. HOME
                             ENTERTAINMENT INC. and
                             WARNER BROS.
                             ENTERTAINMENT INC.

Dated:   January 16, 2009    STEVEN R. GURSKY
                             MARY GRIECO
                             OLSHAN GRUNDMAN FROME
                             ROSENZWIEG & WOLOSKY LLP

                             By:  _____
                                  Mary L. Grieco

                             Attorneys for Defendant
                             DIGIVIEW PRODUCTIONS L.L.C.

SO ORDERED, ADJUDGED AND DECREED.

Dated:   January 23, 2009

                             By:  _____
                                  Hon. George H. King
                                  UNITED STATES DISTRICT JUDGE